**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Aaron Michael White ) | Case Number: 11−20477−TLM |
| 1211 E. Softbreeze Ave ) | |
| Post Falls, ID 83854 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx−xx−4244 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

***ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS***

Upon consideration of Debtor's Application to pay filing fees in installments, the Court ORDERS that the application be GRANTED.

The Debtor shall pay the filing fee according to the following terms:

   $ 75.00 on or before 5/6/2011
   $ 75.00 on or before 5/20/2011
   $ 75.00 on or before 6/6/2011
   $ 74.00 on or before 7/6/2011

1. IT IS FURTHER ORDERED that all payments be made at the office of the United States Bankruptcy Court located at U.S. Bankruptcy Court
6450 N. Mineral Drive
Room 150
Coeur d' Alene, ID 83815
and that until the filing fee is paid in full, the Debtor(s) shall not pay any money or transfer any property to his attorney and his attorney shall not accept any money or property from the Debtor(s) for services in connection with this case.

2. IT IS FURTHER ORDERED that if anytime after the entry of the Order, Debtor(s) shall fail to timely make payment of any installment, then the clerk may issue notice to the Debtor(s) that the entire unpaid balance of the filing fee shall be payable and due within twenty one (21) days, and if not paid, the bankruptcy case may be DISMISSED without further notice.

NOTE: Payments are to be made to the Court in the form of money order or cash only. No personal checks or debit/credit cards will be accepted.

Dated: 4/21/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Idaho

In re:                                                                    Case No. 11-20477-TLM
Aaron Michael White                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0976-2          User: cstaaben           Page 1 of 1            Date Rcvd: Apr 21, 2011
                              Form ID: oinstall        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2011.
db           +Aaron Michael White,   1211 E. Softbreeze Ave,   Post Falls, ID 83854-6006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2011**                    **Signature:** _Joseph Speetjens_